170 P.3d 880

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 15, 2007**

| 27024 | Ferreiro v. Davenport | Affirmed |
| 27761, 27922 | Hoshino v. Hoshino | Affirmed |

**November 21, 2007**

| 27810 | Bonty v. State | Affirmed |
| 27058 | Jou v. Schmidt | Affirmed |
| 28094 | Makanui v. State | Affirmed |
| 28081 | McKinley v. State | Affirmed |
| 28195 | P.M., In re | Affirmed |
| 27845 | State v. Amina | Affirmed |
| 27988 | State v. Lakman | Affirmed |
| 27983 | State v. Mafataua | Affirmed |